# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128509

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KIRK WYNN a/k/a KURT WYNN,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128509
COA: 251350
Wayne CC: 02-013885-01

_____/

On order of the Court, the application for leave to appeal the February 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

*Corbin R. Davis*

Clerk

p1024